**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CEDRIC AUSTIN,                                                                                    PLAINTIFF
ADC #116669

v.                                    4:11-cv-00601-SWW-JTK

CARL LYNN JOHNSON, et al.                                                          DEFENDANTS

## ORDER

Plaintiff's Motion to Amend, which the Court construes as a Motion to Voluntarily Dismiss Defendants Hall, Wilson, Berry, and McGree, (Doc. No. 18) is GRANTED.

IT IS SO ORDERED this 27th day of October, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE