**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CEDRIC AUSTIN,                                                                                    PLAINTIFF
ADC #116669

v.                                                  4:11-cv-00601-SWW-JTK

CARL LYNN JOHNSON, et al.                                                            DEFENDANTS

## <u>ORDER</u>

By Order dated October 3, 2011, this Court directed the issuance of summons and service

of Plaintiff's Amended Complaint on Defendants (Doc. No. 11).   Summons was returned,

unexecuted, with respect to Defendant Nelson on October 19, 2011 (Doc. No. 24).   Attached to the

return is a notation indicating that three individuals with the last name of Nelson are employed at

the Pulaski County Detention Facility, and that summons can not be accepted without additional

identifying information.   Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall provide additional identifying

information about Defendant Nelson (preferably a first name) within ten days of the date of this

Order.

IT IS SO ORDERED this 7th day of November, 2011.

_____
 JEROME T. KEARNEY
 UNITED STATES MAGISTRATE JUDGE