**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CEDRIC AUSTIN,                                                        PLAINTIFF
ADC #116669

v.                        4:11-cv-00601-SWW-JTK

CARL LYNN JOHNSON, et al.                             DEFENDANTS

## **ORDER**

By Order dated October 3, 2011, this Court directed the issuance of summons and service of Plaintiff's Amended Complaint on Defendants (Doc. No. 11). Summons was returned, unexecuted, with respect to Defendant Nelson on October 19, 2011 (Doc. No. 24). Attached to the return is a notation indicating that three individuals with the last name of Nelson are employed at the Pulaski County Detention Facility, and that summons can not be accepted without additional identifying information. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall provide additional identifying information about Defendant Nelson (preferably a first name) within ten days of the date of this Order.

IT IS SO ORDERED this 7th day of November, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE