# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CEDRIC AUSTIN,
ADC #116669                                                                                    PLAINTIFF

4:11-cv-00601-SWW-JTK

CARL LYNN JOHNSON, et al.                                                           DEFENDANTS

## ORDER

Plaintiff's Motion to Dismiss Defendant Nelson from his Complaint (Doc. No. 46) is GRANTED.

IT IS SO ORDERED this 22nd day of February, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE