**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CEDRIC AUSTIN,
ADC #116669                                                                                          PLAINTIFF

v.                                            4:11-cv-00601-SWW-JTK

CARL LYNN JOHNSON                                                                          DEFENDANT

### ORDER

The Court has determined that counsel should be appointed to represent the Plaintiff. Pursuant to Local Rule 83.7, Michael D. Barnes, 200 West Capitol Ave., Suite 2300, Little Rock, AR 72201-3699, 501-212-1228, is hereby appointed to represent Plaintiff Cedric Austin in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and Plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1]  Pursuant to Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days; otherwise, the appointment will be effective.

IT IS SO ORDERED this 11th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel may obtain a copy of the case file, on disk, by contacting the Courtroom Deputy.