**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CEDRIC AUSTIN,                                                                                          PLAINTIFF
ADC #116669

4:11CV00601-SWW-JTK

CARL LYNN JOHNSON, et al.                                                                 DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Johnson's Motion for Summary Judgment (Doc. No. 87) is GRANTED, and that Plaintiff's claims against him are DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 4th day of June, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE